UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  CR00-157 Z |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| v. ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| AMAL HIRSI AINAB, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on April 27, 2005. The United States was represented by Assistant United States Attorney Jeffrey Coopersmith, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

In a Violation Report dated April 6, 2005, U.S. Probation Officer Michael K. Banks alleged the following violations of conditions of supervised release:

1. Consuming alcohol on March 27, 2005, in violation of the special condition requiring her to abstain from the use of alcohol during the term of her supervision;

2. Violating her CPS contract which also ordered her not to consume alcohol, in violation of the special condition imposed by the Court on November 19, 2004;

3. Failing to report police contact within 72 hours on or about March 27, 2005, in violation of standard condition No. 11; and

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

 4. Failing to make restitution payments of $20 per month as directed, in violation of the general conditions requiring her to do so.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing is set before The Honorable Thomas S. Zilly, on May 10, 2005, at 10:00 a.m.

Pending a final determination by the Court, defendant remains at liberty subject to the terms of her probation.

DATED this 28th day of April, 2005.


/s/ JAMES P. DONOHUE
United States Magistrate Judge


cc:  District Judge:         Honorable Thomas S. Zilly
     ASA:                    Mr. Jeffrey Coopersmith
     Defendant's attorney:   Ms. Carol Koller
     Probation officer:      Mr. Michael K. Banks