Amal Ainab
9732 7th Ave SW
Seattle, WA 98106

FILED ___ LODGED ___ RECEIVED ___ MAIL
SEP 08 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Case No: 200-CR-00157 TSZ

Thomas S. Zilly

Motion forgives Restitution and retur tax return 2019

You Honorable
　　My liability to pay restitution will expire after twenty-year period based on by Sep 15 2020 Judgment and five month sentence that means.
　　My liability ended my 15 2020. I filled my tax return July 15 2020 and returns been taken for restitutions and ~~my returns~~ even my liability time is over.
　　I send request a financial form United State office for considration of circumstances it was mistake I should send that form to the court and now Honorable I lost my Job to Covid-19 I owe alots bills. I was counting on my tax return



Amal Ainab
03/09/19

| YOUR TAX PROFESSIONAL TODAY: | WE'RE OPEN YEAR-ROUND: |
|---|---|
| KIMBERLY MEDARIS | Call 206-246-4592 |
| 206-246-4592 | Visit hrblock.com/myblock. |
| 160 Sw 152Nd St | Download the MyBlock App. |
| Burien, WA, 98166 | |

## HOW WE MAXIMIZED YOUR REFUND:

| | |
|---|---:|
| By ensuring you qualified for an earned income credit, I helped you save: | $5,716.00 |
| I helped you claim the Child Tax Credit, reducing your taxes by: | $2,318.00 |
| **In total, we reduced your tax liability by:** | **$8,034.00** |

### YOUR TAX PREPARATION AND RELATED FEES:

| | | | |
|---|---:|---|---:|
| Tax Preparation: | $340.00 | Federal Refund : | $8,673.00 |
| Sales Tax: | $0.00 | Total Fees: | ($379.95) |
| Federal Refund Transfer : | $39.95 | Proceeds : | $8,293.05 |
| **Total:** | **$379.95** | | |

### WHAT YOU CAN EXPECT:

\* This is not proof of payment for your fees. Your fees will be paid from your Refund Account pursuant to the terms of the RT Application & Agreement. Please note if you choose a State RT and your state refund arrives before your federal refund, your fees will be paid from your Refund Account at that time.

\* If applicable, your total will be reduced by any other payments you authorize from your refund, such as repayment of Refund Advance or if you owe certain debt.

## WHAT YOU NEED TO KNOW:

To check the status of your return, visit hrblock.com/myreturnstatus or call 866-761-1040. You'll need your Social Security number and date of birth.

**Refund:** Federal and State refund timing varies. Delivery of your Federal refund may be delayed if the IRS selects your return for further review. The Department of Treasury Offset Program may offset your tax refund to pay delinquent federal student loans, child support or other debt. Call the Treasury Offset Program Call Center at 800-304-3107 if you have questions.

**Balance Due:** If you have a Federal balance due and did not make arrangements today to pay the full amount, go to DirectPay at IRS.gov or mail-in a check to pay the remaining balance by April 18. If you pay by credit/debit card, payment processor will assess a convenience fee. No part of this service fee goes to H&R Block. If you selected an installment plan, visit IRS.gov to apply for an online payment agreement. If you have a State balance due and did not make arrangements today to pay the full amount, you can pay the remaining balance by credit/debit card or check. Follow state instructions to avoid additional penalties/fees.

**Extension:** If you filed an extension, the original return must be filed by October 15. Any balance due must be paid by April 18 to avoid penalties/interest.

We're Open All Year! Call **800-HRBLOCK 800-472-5625** or visit **hrblock.com** to schedule an appointment.

The H&R Block Advantage document provides information that could help you improve your tax and financial situation, but your actual tax situation may change materially depending on future changes to the law and changes in your personal and financial circumstances. If your circumstances do change, we suggest that you review the change with your tax professional.

# Jackson Hewitt
## TAX SERVICE

07/15/2020

HTI17518

**Customer Status:** New  **Filing Status:** Head of Household  **Global Customer ID:** 24868776

**2019 Tax Return:** AMAL H AINAB
9732 7TH AVE SW, SEATTLE, WA 98106 Day: (206) 712-0072

---

**Your Tax Pro:** Sarah Bokor
17637 108th Ave SE
Renton, WA 98055
(425) 336-2358

**We are Available Year-Round:**
220 Washington Ave S
Kent, WA 98030
(425) 336-2358

Form 8879

### I helped maximize your refund.

I found these credits and/or deductions for you:

| | |
|---|---|
| Earned Income Credit | $4,755.00 |
| Additional Child Tax Credit | $2,800.00 |
| Summary of Remaining Credits or Deductions | $578.00 |
| Total | $8,133.00 |

### Your Refunds

Federal Refund   $8,438.00
Your marginal tax rate is 10%

### Your Products and Services

| | |
|---|---|
| Fed - Family & Homeowners Package | $465.00 |
| Assisted Refund Fees* | $49.95 |
| **Total Fees** | **$514.95** |

### Free to You for Filing with Jackson Hewitt

Maximum Refund & Lifetime Accuracy Guarantees
IRS Audit Assistance
Year-Round Tax Help
Access and Enrollment into MyJH
W-2 Download / Electronic Filing

Expected Payment Type: Refund

*See Assisted Refund Disclosures for itemization of fees

You have selected Assisted Refund. Payment is required upon completion of services, which is when your refund has been disbursed to you or such later time that it appears that no tax refund will be received.

**Your Expected Net Refunds Disbursed via Direct Deposit**   $7,923.05

**Total Number of W-2s:** 1

AINAB, AMAL H
2019 XXX-XX-6086

| Amount Paid: | Date Paid: _____ | Method: REFUND _____ (initials) |
|---|---|---|
| COD: NO | | |
| Amount Due: | Date Paid: __/__/__ | Method: _____ |
| Office #: 12345 | Employee #: 0VH Sarah Bokor | |

**Federal and State Refund / Balance Due Information**
Federal Refund   8,438.00

### Thank You for doing business with Jackson Hewitt!



Date/Time Printed: 07/15/2020 05:57:44 PM PDT

Amd Ainab
7732 7th Ave SW
Seattle, WA 98106

SEATTLE WA 980
5 SEP 2020 PM 6 L

FILED
LODGED
RECEIVED
MAIL
SEP 08 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

98101-445304

To: Thomas Zilly
700 Steward Street
Seattle, WA 98101